UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ08-303 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KEVIN ALONZO MILES. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offense charged:

    Felon in Possession of a Firearm

Date of Detention Hearing: August 5, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is charged by complaint with being a Felon in Possession of a Firearm. The complaint alleges Mr. Miles possessed four firearms, 70 rounds of ammunition, and a small amount of marijuana and crack cocaine at the time of his arrest.

DETENTION ORDER -1

(2) Defendant has a lengthy criminal history of over 25 contacts with law enforcement. He has over 10 prior convictions including convictions for controlled substances and firearms. In 2007, he was convicted three times of violation of a protection order.

(3) Because defendant has been ordered to have no contact with the mother of his child, he has for the last 12 to 18 months resided with various friends.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 5th day of August, 2008.

s/ BRIAN A. TSUCHIDA  
BRIAN A. TSUCHIDA  
United States Magistrate Judge